# EXHIBIT A to Affidavit of L. Caldwell

**Foran, Michael L.**

| | |
|---|---|
| **From:** | Lorey Caldwell [lcaldwell@rfeweb.com] |
| **Sent:** | Thursday, September 06, 2012 12:10 PM |
| **To:** | Foran, Michael L. |
| **Subject:** | Fwd: The Woods |

Sent from my iPhone
Lorey M. Caldwell, P.E., R.A.
V.P., Engineering,
Rudick Forensic Engineering
Office:  (330) 744-5392
Cell:    (330) 540-7713

Begin forwarded message:

> **From:** Rwmmoore@aol.com
> **Date:** September 6, 2012 9:45:19 AM CDT
> **To:** lcaldwell@rfeweb.com
> **Cc:** eric@lambandlamb.com, mrb@mybestapt.com, richard@getrisco.com
> **Subject: Fwd: The Woods**
>
> Lorey,
>
> Received the following communication from the attorney for The Woods Apartments this morning.  Please advise how your client is willing to pay for the roofer / ladder needed for the inspection.
>
> *Richard W. Moore*
> <logo-rwm(cropped).jpg>
> **Linnwood I Office Condominiums**
> **10213 Linn Station Road, Suite 3**
> **Louisville, Kentucky 40223-5606**
> **502-426-9842 / 502-426-7742 (Facsimile)**
>
> e-mail - mail to rwmmoore@aol.com
>
> ---
>
> From: eric@lambandlamb.com
> To: Rwmmoore@aol.com
> Sent: 9/6/2012 8:31:24 A.M. Eastern Daylight Time
> Subj: The Woods
> This was dictated without proofing it to save time.
>
> You have confirmed a three day inspection by Mr. Caldwell next week, but Mr. Blankenbaker does not want to have to pay for the roofers and ladder trucks.  They need to make their own arrangements for that.  Mr. Blankenbaker is not necessarily in a position to pay anyone to be there the entire three days with Mr. Caldwell.  We would probably have a separate expert inspect the roofs on our part, and we will need an inspection.  I am going to notify the Chicago attorney that I need time to review what it is Mr. Caldwell is trying to do, because they need to pay for it.
>
> ERIC M. LAMB
> LAMB & LAMB, PSC

1

P.O. Box 34275
Louisville, KY 40232-4275
Phone: 502/451-6881
Fax: 502/451-6892