# EXHIBIT A to Affidavit of M. Foran

**Foran, Michael L.**

| | |
|---|---|
| **From**: | Kuiken, Michael A. |
| **Sent**: | Thursday, June 28, 2012 12:47 PM |
| **To**: | Kuiken, Michael A.; 'Eric Lamb' |
| **Cc**: | Foran, Michael L. |
| **Subject**: | RE: The Woods |
| **Importance**: | High |

Eric: I just spoke with Lorey Caldwell. Here are the answers to your inquiries. He has *never* in his career been retained by U.S. Fire before. He has *never* been retained by the same party that retained Donan Engineering in his career. He *has* worked on cases where Donan was retained by another party, most recently in a case where Donan has been retained by the plaintiff and Caldwell was retained by the defendant (as in, they're adverse to each other). He's never been an employee of Donan Engineering, nor of U.S. Fire. **This is the first time in his career that he has been retained by U.S. Fire, and is the first time in his career that he has been retained by a party who also retained Donan Engineering.**


Michael A. Kuiken

FORANGLENNONPALANDECHPONZI&RUDLOFF PC
222 North LaSalle Street, Suite 1400, Chicago, Illinois 60601
312.863.5017 (t) | mkuiken@fgppr.com
312.404.4040 (c) | www.fgppr.com
312.863.5099 (f)
Chicago/New York/Newport Beach/San Francisco


CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Kuiken, Michael A.
**Sent:** Thursday, June 28, 2012 11:32 AM
**To:** 'Eric Lamb'
**Cc:** Foran, Michael L.
**Subject:** RE: The Woods

Eric, per our discussion today, I came up with the attached. I put a call in to our appraiser and will get you that info as soon as I've got it re: Donan and U.S. Fire.

Michael A. Kuiken

FORANGLENNONPALANDECHPONZI&RUDLOFF PC
222 North LaSalle Street, Suite 1400, Chicago, Illinois 60601
312.863.5017 (t) | mkuiken@fgppr.com
312.404.4040 (c) | www.fgppr.com
312.863.5099 (f)
Chicago/New York/Newport Beach/San Francisco

1

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Eric Lamb [mailto:eric@lambandlamb.com]
**Sent:** Wednesday, June 27, 2012 7:11 PM
**To:** Kuiken, Michael A.
**Subject:** Re: The Woods

I have two briefs due tomorrow? What two deadlines?

Sent from my iPhone

On Jun 27, 2012, at 7:54 PM, "Kuiken, Michael A." <mkuiken@fgppr.com> wrote:

> Also: clearly, the court doesn't think that you should have any extra time to do your "inquiries." Otherwise, the judge wouldn't have set the two deadlines for the same day. What time should we call?
>
> Michael A. Kuiken
>
> ---
> FORAN GLENNON PALANDECH PONZI & RUDLOFF, PC
> 222 North LaSalle Street, Suite 1400, Chicago, Illinois 60601
> 312.863.5017 (t) | mkuiken@fgppr.com
> 312.404.4040 (c) | www.fgppr.com
> 312.863.5099 (f)
> Chicago/New York/Newport Beach/San Francisco
>
> CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.
>
> ---
>
> **From:** Eric Lamb <eric@lambandlamb.com>
> **To:** Kuiken, Michael A.
> **Cc:** Foran, Michael L.
> **Sent:** Wed Jun 27 18:44:04 2012
> **Subject:** Re: The Woods
>
> There are a number of issues here. You have disqualified our chosen appraiser. To keep this a level playing field we do want a reasonable time to investigate the qualifications and impartiality of yours. We have had little time. I may send you some inquiries. The second issue is your timetable. The purpose of getting into an appraisal process is to avoid motions and attorney fees. I wanted to see who your appraiser would be. I have not checked with our appraiser to see what his schedule is for that reason. I have not checked with plaintiff to see when he can be available to produce documents. The way to proceed once we clear the air about your appraiser is to let the two appraisers talk to each other and try to work out a procedure. Trying to do it through the legal process when that may not be necessary is inconsistent with the spirit and rationale of the process.

Sent from my iPhone

On Jun 27, 2012, at 6:15 PM, "Kuiken, Michael A." <mkuiken@fgppr.com> wrote:

> Eric, we'll give you a call tomorrow morning. I don't know what "adjuster" you're referring to. If you mean the licensed engineer we are appointing as our appraiser, your questions are irrelevant to entering a schedule. Regardless, we will call you to try to get to the bottom of things.
>
> Michael A. Kuiken
>
> _____
> FORAN GLENNON PALANDECH PONZI & RUDLOFF, PC
> 222 North LaSalle Street, Suite 1400, Chicago, Illinois 60601
> 312.863.5017 (t) | mkuiken@fgppr.com
> 312.404.4040 (c) | www.fgppr.com
> 312.863.5099 (f)
> Chicago/New York/Newport Beach/San Francisco
>
>
> CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.
>
> _____
>
> **From**: Eric Lamb <eric@lambandlamb.com>
> **To**: Foran, Michael L.
> **Cc**: Kuiken, Michael A.; Eric Lamb <eric@lambandlamb.com>
> **Sent**: Wed Jun 27 17:11:10 2012
> **Subject**: Fwd: The Woods
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Eric Lamb <eric@lambandlamb.com>
>> **Date:** June 27, 2012 6:10:25 PM EDT
>> **To:** "Kuiken, Michael A." <mkuiken@fgppr.com>
>> **Subject: Re: The Woods**
>>
>> I have had tough week. I have questions about your adjuster. I need to
>> be involved in the document exchange and can't make a July 10 deadline
>>
>> Sent from my iPhone

3

On Jun 27, 2012, at 5:36 PM, "Kuiken, Michael A." <mkuiken@fgppr.com> wrote:

Okay. We just need to know if you have an issue with the proposed schedule- it's a yes or no question, involving hardly any attorney work at all. If it is unreasonable in some way, please let us know. If we don't get an answer by Friday morning, we're going to file our proposed schedule. Not a threat, just a reality.

Michael A. Kuiken

---

FORAN GLENNON PALANDECH PONZI & RUDLOFF, PC

222 North LaSalle Street, Suite 1400, Chicago, Illinois  60601

312.863.5017   (t)  |  mkuiken@fgppr.com

312.404.4040  (c)  |  www.fgppr.com

312.863.5099   (f)

Chicago/New York/Newport Beach/San Francisco

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

----- Original Message -----

From: Eric Lamb <eric@lambandlamb.com>

To: Kuiken, Michael A.

Sent: Wed Jun 27 16:21:42 2012

Subject: Re: The Woods

Had a tough schedule this week.  I need a little time to plan what's next

4

Sent from my iPhone

On Jun 27, 2012, at 5:13 PM, "Kuiken, Michael A." <mkuiken@fgppr.com> wrote:

> Eric:
>
> Please let us know if you have any objections to the proposed schedule we submitted. It is incredibly simple. July 10th: packets to appraisers. August 15th: deadline for appraisers to meet and jointly inspect property. September 1st: deadline for appraisers to either agree on a valuation of the damage caused by Hurricane Ike, only, or decide they cannot agree. September 10: Deadline to submit proposed umpires to the court if necessary/appraisers can't agree.  I'm not going to allow a situation like last week to occur; if we have to, we'll just file our own on Friday morning and say that we couldn't get a response from Plaintiff to our inquiries. Please let us know if the proposed schedule is acceptable, and please forward us your appraiser's information, as we've requested numerous times. It's really simple: unless your appraiser is leaving the country in July/early August, he should be able to carve out a couple days to inspect the property. Thank you.
>
>
> Michael A. Kuiken
>
> _____
>
> FORANGLENNONPALANDECHPONZI&RUDLOFF PC
>
> 222 North LaSalle Street, Suite 1400, Chicago, Illinois 60601
>
> 312.863.5017 (t) |
> mkuiken@fgppr.com<wlmailhtml:{3CE9D7DA-7EC7-41C9-A600-

5

37F67E621EFD}mid://00000008/!x-usc:mailto:mkuiken@fgppr.com>

312.404.4040 (c) |
www.fgppr.com<wlmailhtml:{3CE9D7DA-7EC7-41C9-A600-37F67E621EFD}mid://00000008/!x-usc:http://www.fgppr.com/>

312.863.5099 (f)

Chicago/New York/Newport Beach/San Francisco/Tampa

_____

From: Foran, Michael L.

Sent: Tuesday, June 26, 2012 12:31 PM

To: 'eric@lambandlamb.com'

Cc: Kuiken, Michael A.

Subject: The Woods


Eric,


Please see the attached regarding U.S. Fire's appraiser and a proposed schedule pursuant to the court's 5/30/12 order. Let us know how you want to proceed.


Regards,


Michael L. Foran

_____

FORANGLENNONPALANDECHPONZI&RUDLOFF PC

222 North LaSalle Street, Suite 1400, Chicago, Illinois 60601

312.863.5080 (t) |
mforan@fgppr.com<mailto:mforan@fgppr.com>

312.863.5099 (f) |
www.fgppr.com<http://www.fgppr.com/>

6

312.404.3487 (c)

Chicago/New York/Newport Beach/San Francisco

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

7