# EXHIBIT B to
# Affidavit of M. Foran

**Foran, Michael L.**

| | |
|---|---|
| **From:** | Eric Lamb [eric@lambandlamb.com] |
| **Sent:** | Thursday, September 06, 2012 2:12 PM |
| **To:** | Foran, Michael L. |
| **Subject:** | Re: The Woods |

I will call

Sincerely,

Eric M Lamb
P.O. Box 34275
Louisville, 40232-4275
eric@lambandlamb.com
502 4516881
502 8027474

On Sep 6, 2012, at 15:09, "Foran, Michael L." <mforan@fgppr.com> wrote:

> Eric,
>
> I received your voicemail and the e-mail that your appraiser, Mr. Moore, sent to U.S. Fire's appraiser, Mr. Caldwell. My understanding is that Messrs. Moore and Caldwell are planning on inspecting the roofs next week as part of the appraisal process so that, as per the appraisal provision of the policy, they can make their own impartial assessment of the Hurricane Ike storm damage to the roofs and see if they can come to an agreement in that regard. As to the costs associated with allowing Messrs. Moore and Caldwell to get onto the roofs to make those inspections, the appraisal clause provides those are to be borne equally by the parties. As per the policy, U.S. Fire will pay 50% of that cost.
>
> For your reference, the appraisal clause of the policy is set forth below:
>
> The U.S. Fire policy contains the following appraisal provision:
>
> ### Appraisal
>
> If we and you disagree on the value of the property or the amount of the loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:
>
> > **a.**    Pay its chosen appraiser; and
> >
> > **b.**    Bear the other expenses of the appraisal and umpire equally.
>
> If there is an appraisal, we still retain our right to deny the claim.

1

Let me know if you have any questions or want to discuss this further. Today, the best way to contact me is on my cell phone. The number is below. Tomorrow I will be back in the office.

Regards,

Michael L. Foran

FORANGLENNONPALANDECHPONZI&RUDLOFF PC
222 North LaSalle Street, Suite 1400, Chicago, Illinois 60601
312.863.5080 (t) | mforan@fgppr.com
312.863.5099 (f) | www.fgppr.com
312.404.3487 (c)
Chicago/New York/Newport Beach/San Francisco

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Lorey Caldwell [mailto:lcaldwell@rfeweb.com]
**Sent:** Thursday, September 06, 2012 12:10 PM
**To:** Foran, Michael L.
**Subject:** Fwd: The Woods

Sent from my iPhone
Lorey M. Caldwell, P.E., R.A.
V.P., Engineering,
Rudick Forensic Engineering
Office: (330) 744-5392
Cell:    (330) 540-7713

Begin forwarded message:

> **From:** Rwmmoore@aol.com
> **Date:** September 6, 2012 9:45:19 AM CDT
> **To:** lcaldwell@rfeweb.com
> **Cc:** eric@lambandlamb.com, mrb@mybestapt.com, richard@getrisco.com
> **Subject: Fwd: The Woods**
>
> Lorey,
>
> Received the following communication from the attorney for The Woods Apartments this morning. Please advise how your client is willing to pay for the roofer / ladder needed for the inspection.
>
> *Richard W. Moore*
> <logo-rwm(cropped).jpg>
> **Linnwood I Office Condominiums**
> **10213 Linn Station Road, Suite 3**
> **Louisville, Kentucky 40223-5606**
> **502-426-9842 / 502-426-7742 (Facsimile)**
>
> e-mail - mail to rwmmoore@aol.com

2

From: eric@lambandlamb.com
To: Rwmmoore@aol.com
Sent: 9/6/2012 8:31:24 A.M. Eastern Daylight Time
Subj: The Woods
This was dictated without proofing it to save time.

You have confirmed a three day inspection by Mr. Caldwell next week, but Mr. Blankenbaker does not want to have to pay for the roofers and ladder trucks. They need to make their own arrangements for that. Mr. Blankenbaker is not necessarily in a position to pay anyone to be there the entire three days with Mr. Caldwell. We would probably have a separate expert inspect the roofs on our part, and we will need an inspection. I am going to notify the Chicago attorney that I need time to review what it is Mr. Caldwell is trying to do, because they need to pay for it.

**ERIC M. LAMB**
**LAMB & LAMB, PSC**
P.O. Box 34275
Louisville, KY 40232-4275
Phone: 502/451-6881
Fax: 502/451-6892