# EXHIBIT D to Affidavit of M. Foran

**Foran, Michael L.**

| | |
|---|---|
| **From:** | Eric Lamb [eric@lambandlamb.com] |
| **Sent:** | Monday, September 10, 2012 10:51 PM |
| **To:** | Eric Lamb |
| **Cc:** | Foran, Michael L. |
| **Subject:** | Re: The Woods - Appraisal |

Your appraiser seems to be in constant contact with you.

Sincerely,

Eric M Lamb
P.O. Box 34275
Louisville, 40232-4275
eric@lambandlamb.com
502 4516881
502 8027474

On Sep 10, 2012, at 23:48, Eric Lamb <eric@lambandlamb.com> wrote:

> I have given no such instructions. I told you that today. The Court Order contemplated negotiations after all information is available. I need a word processor to communicate. Your appraiser is pressing for an answer even before he has inspected the premises.
>
> Sincerely,
>
> Eric M Lamb
> P.O. Box 34275
> Louisville, 40232-4275
> eric@lambandlamb.com
> 502 4516881
> 502 8027474
>
> On Sep 10, 2012, at 23:37, "Foran, Michael L." <mforan@fgppr.com> wrote:
>
>> Eric,
>>
>> I am told that you have instructed your appraiser, Richard Moore, that while he can participate in the inspection of the roofs at The Woods, he cannot discuss the scope of the storm damage from Hurricane Ike with our appraiser, Lorey Caldwell, or otherwise make any agreements regarding the damage with Mr. Caldwell.
>>
>> You are improperly interfering in the appraisal process. The appraisers have been appointed to make these decisions without interference from the parties or their attorneys. Please stop attempting to undermine the integrity of the appraisal process and withdraw your instructions to Mr. Moore, so that the appraisers can actually attempt to see if they can reach any agreements regarding the alleged damage to The Woods. Should you continue to interfere in the process, we will contact the Court.
>>
>> Michael L. Foran

1

FORANGLENNONPALANDECHPONZI&RUDLOFF PC
222 North LaSalle Street, Suite 1400, Chicago, Illinois 60601
312.863.5080 (t) | mforan@fgppr.com
312.863.5099 (f) | www.fgppr.com
312.404.3487 (c)
Chicago/New York/Newport Beach/San Francisco

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

<Doc 51 - 5 30 12 Court Order on Appraisal.pdf>
<Doc 54 - Order Granting Joint Scheduling Proposal.pdf>
<Doc 54.1 - Joint Scheduling Proposal.pdf>

**Foran, Michael L.**

| | |
|---|---|
| **From:** | Eric Lamb [eric@lambandlamb.com] |
| **Sent:** | Monday, September 10, 2012 11:24 PM |
| **To:** | Foran, Michael L. |
| **Subject:** | Re: The Woods - Appraisal |

Too late to call and I am slow word processor so I left voicemail at your office. I am up you can call 502 802 7474. I thought we reached agreement today.

Sincerely,

Eric M Lamb
P.O. Box 34275
Louisville, 40232-4275
eric@lambandlamb.com
502 4516881
502 8027474

On Sep 10, 2012, at 23:37, "Foran, Michael L." <mforan@fgppr.com> wrote:

> Eric,
>
> I am told that you have instructed your appraiser, Richard Moore, that while he can participate in the inspection of the roofs at The Woods, he cannot discuss the scope of the storm damage from Hurricane Ike with our appraiser, Lorey Caldwell, or otherwise make any agreements regarding the damage with Mr. Caldwell.
>
> You are improperly interfering in the appraisal process. The appraisers have been appointed to make these decisions without interference from the parties or their attorneys. Please stop attempting to undermine the integrity of the appraisal process and withdraw your instructions to Mr. Moore, so that the appraisers can actually attempt to see if they can reach any agreements regarding the alleged damage to The Woods. Should you continue to interfere in the process, we will contact the Court.
>
> Michael L. Foran
>
> FORANGLENNONPALANDECHPONZI&RUDLOFF PC
> 222 North LaSalle Street, Suite 1400, Chicago, Illinois 60601
> 312.863.5080 (t) | mforan@fgppr.com
> 312.863.5099 (f) | www.fgppr.com
> 312.404.3487 (c)
> Chicago/New York/Newport Beach/San Francisco
>
> CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.
>
> <Doc 51 - 5 30 12 Court Order on Appraisal.pdf>
> <Doc 54 - Order Granting Joint Scheduling Proposal.pdf>
> <Doc 54.1 - Joint Scheduling Proposal.pdf>

1

**Foran, Michael L.**

| | |
|---|---|
| **From:** | Eric Lamb [eric@lambandlamb.com] |
| **Sent:** | Tuesday, September 11, 2012 12:39 AM |
| **To:** | Foran, Michael L. |
| **Cc:** | Kuiken, Michael A. |
| **Subject:** | Re: The Woods - Appraisal |

I am still up working. I will have another message for you in morning probably voicemail because I can't get it typed by 830 am our time.

Sincerely,

Eric M Lamb
P.O. Box 34275
Louisville, 40232-4275
eric@lambandlamb.com
502 4516881
502 8027474

On Sep 10, 2012, at 23:37, "Foran, Michael L." <mforan@fgppr.com> wrote:

> Eric,
>
> I am told that you have instructed your appraiser, Richard Moore, that while he can participate in the inspection of the roofs at The Woods, he cannot discuss the scope of the storm damage from Hurricane Ike with our appraiser, Lorey Caldwell, or otherwise make any agreements regarding the damage with Mr. Caldwell.
>
> You are improperly interfering in the appraisal process. The appraisers have been appointed to make these decisions without interference from the parties or their attorneys. Please stop attempting to undermine the integrity of the appraisal process and withdraw your instructions to Mr. Moore, so that the appraisers can actually attempt to see if they can reach any agreements regarding the alleged damage to The Woods. Should you continue to interfere in the process, we will contact the Court.
>
> Michael L. Foran
>
> ---
> FORANGLENNONPALANDECHPONZI&RUDLOFF PC
> 222 North LaSalle Street, Suite 1400, Chicago, Illinois 60601
> 312.863.5080 (t) | mforan@fgppr.com
> 312.863.5099 (f) | www.fgppr.com
> 312.404.3487 (c)
> Chicago/New York/Newport Beach/San Francisco
>
> CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.
>
> <Doc 51 - 5 30 12 Court Order on Appraisal.pdf>
> <Doc 54 - Order Granting Joint Scheduling Proposal.pdf>
> <Doc 54.1 - Joint Scheduling Proposal.pdf>

1

**Foran, Michael L.**

| | |
|---|---|
| **From:** | Eric Lamb [eric@lambandlamb.com] |
| **Sent:** | Tuesday, September 11, 2012 7:20 AM |
| **To:** | Foran, Michael L. |
| **Cc:** | Eric Lamb |
| **Subject:** | Re: The Woods - Appraisal |

Correct. You type better than me. Without all information gathered there probably are no final opinions yet. I don't see how there could be. I will send an email once it is typed.

Sincerely,

Eric M Lamb
P.O. Box 34275
Louisville, 40232-4275
eric@lambandlamb.com
502 4516881
502 8027474

On Sep 11, 2012, at 8:14, "Foran, Michael L." <mforan@fgppr.com> wrote:

> Eric,
>
> Our agreement was that the appraisers would continue with their inspection and that we would approach the Court with the appraisers request to alter the current schedule. We did not agree that we could each instruct the appraisers on what to do or not to do. The appraisers are supposed to reach their conclusions independently and see if they can reach agreement.
>
> **Michael L. Foran**
>
> FORANGLENNONPALANDECHPONZI&RUDLOFF PC
> 222 North LaSalle Street, Suite 1400, Chicago, Illinois 60601
> 312.863.5080 (t) | mforan@fgppr.com
> 312.863.5099 (f) | www.fgppr.com
> 312.404.3487 (c)
> Chicago/New York/Newport Beach/San Francisco
>
> CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.
>
> **From:** Eric Lamb [mailto:eric@lambandlamb.com]
> **Sent:** Monday, September 10, 2012 11:24 PM
> **To:** Foran, Michael L.
> **Subject:** Re: The Woods - Appraisal
>
> Too late to call and I am slow word processor so I left voicemail at your office. I am up you can call 502 802 7474. I thought we reached agreement today.
>
> Sincerely,

1

Eric M Lamb
P.O. Box 34275
Louisville, 40232-4275
eric@lambandlamb.com
502 4516881
502 8027474

On Sep 10, 2012, at 23:37, "Foran, Michael L." <mforan@fgppr.com> wrote:

> Eric,
>
> I am told that you have instructed your appraiser, Richard Moore, that while he can participate in the inspection of the roofs at The Woods, he cannot discuss the scope of the storm damage from Hurricane Ike with our appraiser, Lorey Caldwell, or otherwise make any agreements regarding the damage with Mr. Caldwell.
>
> You are improperly interfering in the appraisal process. The appraisers have been appointed to make these decisions without interference from the parties or their attorneys. Please stop attempting to undermine the integrity of the appraisal process and withdraw your instructions to Mr. Moore, so that the appraisers can actually attempt to see if they can reach any agreements regarding the alleged damage to The Woods. Should you continue to interfere in the process, we will contact the Court.
>
> **Michael L. Foran**
>
> ---
>
> FORANGLENNONPALANDECHPONZI&RUDLOFF PC
> 222 North LaSalle Street, Suite 1400, Chicago, Illinois 60601
> 312.863.5080 (t) | mforan@fgppr.com
> 312.863.5099 (f) | www.fgppr.com
> 312.404.3487 (c)
> Chicago/New York/Newport Beach/San Francisco
>
> CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.
>
> <Doc 51 - 5 30 12 Court Order on Appraisal.pdf>
> <Doc 54 - Order Granting Joint Scheduling Proposal.pdf>
> <Doc 54.1 - Joint Scheduling Proposal.pdf>

2