# EXHIBIT F to Affidavit of M. Foran

## Foran, Michael L.

| | |
|---|---|
| **From:** | Foran, Michael L. |
| **Sent:** | Wednesday, September 12, 2012 9:19 AM |
| **To:** | 'Eric Lamb' |
| **Subject:** | RE: THE WOODS |

Eric,

While your public adjuster, Richard Michelson is now looking at siding, I understand Mike Mayor, your contractor, is insisting on following the appraisers around on the roof and is actually leading the inspection and pointing out items to Richard Moore. This is improper interference in the appraisal process. You have placed your advocate on the roof in the midst of the process and your appraiser, Richard Moore is not operating independently, but being fed his conclusions by your advocate. Moore says he has not heard from you this morning since our 9:40 am (EDT) call. This is a perversion of the appraisal process and U.S. Fire is not going to participate in a sham appraisal, where your advocates dictate the conclusions of your purportedly competent and impartial appraiser.

The next time Mr. Caldwell has available for an inspection of the roofs at The Woods is in mid-October. Unless this charade stops now, and Messrs Moore and Caldwell are permitted to operate independently, without interference from your hired advocates, we will be forced to go to court.

Regards,

Michael L. Foran

FORANGLENNONPALANDECHPONZI&RUDLOFF PC
222 North LaSalle Street, Suite 1400, Chicago, Illinois 60601
312.863.5080 (t) | mforan@fgppr.com
312.863.5099 (f) | www.fgppr.com
312.404.3487 (c)
Chicago/New York/Newport Beach/San Francisco

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Eric Lamb [mailto:eric@lambandlamb.com]
**Sent:** Wednesday, September 12, 2012 8:33 AM
**To:** Foran, Michael L.
**Subject:** THE WOODS

I tried to reach you. I am on my cell phone (802-7474) and on the way to another hearing. I will have limited ability to talk.


ERIC M. LAMB
LAMB & LAMB, PSC
P.O. Box 34275
Louisville, KY 40232-4275
Phone: 502/451-6881
Fax: 502/451-6892