# EXHIBIT G to Affidavit of M. Foran

**Foran, Michael L.**

| | |
|---|---|
| **From:** | Foran, Michael L. |
| **Sent:** | Wednesday, September 12, 2012 10:26 AM |
| **To:** | 'Eric Lamb' |
| **Subject:** | RE: THE WOODS |

Eric,

You demanded appraisal. We filed motion papers on the issue. The court ordered appraisal. You are now undermining the appraisal process. Your clients can do an inspection of the roof anytime they want. Obviously, what you and your clients want to do is influence the supposedly "competent and impartial" appraiser that your identified to the court as a substitute for your public adjuster, Richard Michelson. That is improper and that is why we are going to court. We will be seeking our costs and fees and those of our appraiser, since your interference with the court ordered appraisal has wasted his time and caused us to have to seek the intervention of the court.

Regards,

Michael L. Foran

FORANGLENNONPALANDECHPONZI&RUDLOFF PC
222 North LaSalle Street, Suite 1400, Chicago, Illinois 60601
312.863.5080 (t) | mforan@fgppr.com
312.863.5099 (f) | www.fgppr.com
312.404.3487 (c)
Chicago/New York/Newport Beach/San Francisco

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Eric Lamb [mailto:eric@lambandlamb.com]
**Sent:** Wednesday, September 12, 2012 10:16 AM
**To:** Foran, Michael L.
**Subject:** THE WOODS

This was dictated but not read to save time.

I tried twice to call you today. We did talk once and I thought we had it resolved. The persons at the property right now appear to be Mr. Moore, Mr. Mayor and Mr. Caldwell. Plaintiffs are not required to submit all of their reports ad documentation until 09/14/12. I talked to Mr. Moore. Whether Mr. Caldwell is present or not, Mr. Moore does want to communicate with Mr. Mayor about the roofs and inspect the roofs with Mr. Mayor. It is not until 09/14/12 that Mr. Moore is not required to submit all of the documents on which he and plaintiffs will be relying. Mr. Moore is not required to follow Mr. Caldwell around each roof, although he is required to have some conversation with Mr. Caldwell. What Mr. Caldwell is really doing at this time is inspecting the roofs to prepare his own evaluation and/or report. Defendant appears to have elected to do it that way rather than obtain a report from a separate expert, which is an option. We had agreed to share the expense of bringing ladders and personnel to help get Mr. Caldwell on the roofs as he needed to yesterday, today and if necessary tomorrow, even though we are not required to do that and are not required to do it in October should Mr. Caldwell return then and should not have to do it in October, as it is quite an expense and at that time neither Mr. Moore or anyone else will need to be present for a future inspection of the roofs and other damaged property. If there is another inspection, the insured will have the right to monitor the inspection. The inspection now by Mr. Caldwell is being lengthened by our efforts to accommodate you with a ladder and personnel

1

Case 3:11-cv-00041-JGH   Document 55-10   Filed 09/17/12   Page 3 of 3 PageID #: 742

and is more expensive for that reason.  Mr. Moore will continue an inspection of the roofs today and if necessary will be back tomorrow and may want to e with Mr. Mayor some or all of the time.  We hope that Mr. Caldwell will avail himself of the opportunity to inspect the roofs now.  I note that Mr. Caldwell appears from his website to be a full time forensic engineer involved in claims, and that Mr. Caldwell has been consulting with you quite a bit.

**ERIC M. LAMB**
**LAMB & LAMB, PSC**
P.O. Box 34275
Louisville, KY  40232-4275
Phone:  502/451-6881
Fax:  502/451-6892