# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| THE WOODS APARTMENTS, LLC, MICHAEL BLANKENBAKER, and PROFESSIONAL PROPERTY MANAGERS, LLC, ) ) ) ) | |
| Plaintiffs, ) ) | Court No.: 3:11-cv-00041-JBC |
| v. ) ) | |
| UNITED STATES FIRE INSURANCE CO., and CRUM & FORSTER, a Fairfax Company ) ) ) | |
| Defendants. ) | |

### ORDER ON U.S. FIRE'S MOTION TO DISMISS DUE TO PLAINTIFFS' INTERFERENCE IN THE APPRAISAL PROCESS

Upon U.S. Fire's Motion to Dismiss Due to Plaintiffs' Interference in the Appraisal Process, the motion being fully briefed by the Parties' and after consideration of the briefs filed by the parties and all other matters of record by the Court, IT IS HEREBY ORDERED THAT U.S. Fire's Motion to Dismiss Due to Plaintiffs' Interference in the Appraisal Process is GRANTED and HELD, Plaintiffs' Complaint is dismissed with prejudice and costs in favor of U.S. Fire.

_____        _____
Date                                            Jennifer B. Coffman, Judge
                                                United States District Court