UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

WOODS APARTMENTS, LLC, et al.                                                      PLAINTIFF (S)

VS                                                                          CIVIL ACTION NO. 3:11CV-41-H

US FIRE INSURANCE COMPANY                                                           DEFENDANT(S)

## O R D E R

The above-styled action came before the undersigned for a motion conference on January 22, 2014 regarding pending motions (DN# 95 and #98). Participating on behalf of the plaintiffs, Mr. Eric M. Lamb. On behalf of the defendant, Mr. Michael L. Foran.

After discussions with counsel, and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** the following discovery schedule is established:

  **All Expert Reports due:**   On or before March 24, 2014
  **Any remaining Depositions:**   On or before May 8, 2014

**IT IS FURTHER ORDERED** that the motions (DN#95) and (DN#98) are both **DENIED as moot by this conference.**

**IT IS FURTHER ORDERED** that if a settlement conference is requested, the parties may jointly contact the Court's Deputy, Ms. Andrea Morgan to schedule this conference.

**IT IS FURTHER ORDERED** that the court will schedule by separate order a jury trial in this matter.

Date: January 23, 2014

Copies to:
All Counsel of Record

Court Reporter: N/A

Court Time: 00/20