Case 3:11-cv-00041-JGH Document 128 Filed 03/18/14 Page 1 of 1 PageID #: 1650

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

14 MAR 18 AM 11: 30

CASE NO. 3:11-CV-00041-H

THE WOODS APTS., et al., )
)
        Plaintiffs, )
)
v. ) **MEDIATOR'S REPORT TO THE COURT**
)
U. S. FIRE INSURANCE CO., )
)
        Defendant. )
)

\* \* \* \* \* \* \*

Ann O'Malley Shake, the undersigned Mediator, reports to the Court that mediation of this action occurred on Tuesday, March 4, 2014, and that all claims among the parties have been settled.

It has been a pleasure to be of assistance to the Court, counsel and parties in the resolution of this dispute.

*[signature: Ann O'Malley Shake]*
Ann O'Malley Shake, Mediator
RETIRED JUDGES & ASSOCIATES
MEDIATION & ARBITRATION SERVICES
P.O. Box 70318
Louisville, KY 40270-0318
(502) 721-9900

cc:    Michael L. Foran, Esq.
        Eric M. Lamb, Esq.